

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00277-CV

**METHODIST HEALTHCARE SYSTEM OF SA**, Ltd, LLP d/b/a Northeast Methodist
Hospital,
Appellant

v.

Thomas **DEWEY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12676
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court